IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH E. TAYLOR, | § | |
| | § | No. 379, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID Nos. 1303012813 and |
| Plaintiff Below- | § | 1310008424 |
| Appellee. | § | |

Submitted: October 22, 2015
Decided: November 30, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 30th day of November 2015, the Court has carefully considered the appellant's opening brief, the State's motion to affirm, and the record on appeal. The appellant, who pled guilty to offenses involving the possession of illegal drugs, appeals the dismissal of his Rule 61 motion for postconviction relief. In several prior cases, this Court has rejected various iterations of the same arguments presented in this appeal.[1] For the reasons stated in those cases, we affirm the Superior Court's denial of postconviction relief in this appeal. The appellant's

---

[1] *See Aricidiacono v. State*, __ A.3d __, 2015 WL 5933984, at *3–4 (Del. Oct. 12, 2015); *Anzara Brown v. State*, 117 A.3d 568, 581 (Del. 2015); *Ira Brown v. State*, 108 A.3d 1201, 1205–06 (Del. 2015); *State v. Jones*, 2015 WL 6746873, at *1 (Del. Nov. 4, 2015); *Turnage v. State*, 2015 WL 6746644, at *1 (Del. Nov. 4, 2015); *Brewer v. State*, 2015 WL 4606541, at *2–3 (Del. July 30, 2015); *McMillan v. State*, 2015 WL 3444673, at *2 (Del. May 27, 2015); *Patrick L. Brown v. State*, 2015 WL 3372271, at *2 (Del. May 22, 2015); *Carrero v. State*, 2015 WL 3367940, at *2 (Del. May 21, 2015).

petition was procedurally barred as untimely, and he failed to overcome that procedural hurdle. Moreover, his petition lacked merit as he failed to plead any basis to avoid the effect of his voluntary and knowing plea of guilty, and he did not suffer an unjust conviction.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice